# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Thomas M. Shaw, Gregory L. Shaw and Susan C. Shaw,<br><br>         Plaintiffs,<br><br>    vs.<br><br>JPMorgan Chase Bank N.A., d/b/a Accent Mortgage, LLC, The Hoffman Group, Inc., Accent Appraisal Services, Inc., Kersi S. Shroff, a.k.a Casey Shroff, Shroff Finance, LLC, Hoffman Corporation, and Walter J. Witkowski,<br><br>         Defendants. | Case No:     4:11-cv-01699-MGL |

## REPONSE IN OPPOSITION TO
## PLAINTIFFS' MOTION TO COMPEL SETTLEMENT

Defendant JPMorgan Chase Bank, N.A.[1] ("Chase") submits this memorandum in opposition to Plaintiffs' Motion to Compel Settlement. Plaintiffs argue that Chase has failed to comply with its obligations in a confidential settlement agreement between the parties dated October 23, 2013 ("Settlement Agreement"), but the motion fails to direct Chase or the Court to a single provision in the Settlement Agreement with which Plaintiffs contend Chase failed to comply. On the contrary, Chase maintains that it has not breached any provision in the Settlement Agreement. Furthermore, Chase asserts that there is no provision in the Settlement Agreement that would entitle Plaintiffs to the relief requested in their motion. Therefore, the Court should deny Plaintiffs' motion to compel settlement.

---

[1] JPMorgan Chase Bank, N.A. is erroneously identified in the Complaint as JPMorgan Chase Bank, N.A., d/b/a Accent Mortgage, LLC.

Dm: 3857022 v.1

**HAYNSWORTH SINKLER BOYD, P.A.**

By:   s/ Emily H. Farr
     James Y. Becker, ID No. 5733
     Emily H. Farr, ID No. 9264

1201 Main Street, 22nd Floor
P.O. Drawer 11889 (29211-1889)
Columbia, SC 29201
(803) 779.3080

Attorneys for Defendant JPMorgan Chase Bank, N.A.

October 17, 2014